**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000393
29-APR-2026
09:02 AM
Dkt. 100 ODAC**

CAAP-23-0000393
Wells Fargo Bank, N.A. v. Behrendt, et al.

**NOTE**:  Order Rejecting Application for Writ of Certiorari was filed on 4/29/2026 in SCWC-23-0000393 (attached).

**Electronically Filed
Supreme Court
SCWC-23-0000393
29-APR-2026
08:53 AM
Dkt. 18 ODAC**

SCWC-23-0000393

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

WELLS FARGO BANK, N.A. AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN
TRUST 2006-2 ASSET-BACKED CERTIFICATES SERIES 2006-2,
Respondent/Plaintiff-Appellee,

vs.

JONATHAN BEHRENDT,
Petitioner/Defendant/Cross-Claimant-Appellant,

and

ASSOCIATION OF APARTMENT OWNERS OF WAIALAE GARDENS,
Respondent/Defendant/Cross-Claim-Defendant-Appellee,

and

SAND CANYON CORPORATION,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000393; CASE NO. 1CC151000407)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge To'oto'o, assigned by reason of vacancy)

Petitioner/Defendant-Cross-Claimant-Appellant Jonathan Behrendt's application for writ of certiorari filed on March 2, 2026, is rejected.

DATED:  Honolulu, Hawaiʻi, April 29, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza



/s/ Vladimir P. Devens

/s/ Faʻauuga L. Toʻotoʻo